UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **AMIRAN BABANIYAZOV,** | **Civil Case No.: 1:20-cv-02455-WFK-RER** |
| **Plaintiff,** | |
| -v- | |
| **MIDLAND CREDIT MANAGEMENT, INC.,** | <u>**DISMISSAL ORDER**</u> |
| **Defendant.** | |

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' June 30, 2021 Stipulation of Dismissal, all claims asserted against Defendant in Civil Action No. **1:20-cv-02455-WFK-RER**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS** <u>30th</u> **day of** <u>June</u> **2021.**

s/ WFK
HONORABLE WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE